Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

JOE DEAN NORSEWORTHY & ELVIRA MALDONADO NORSEWORTHY

CASE NO. 13-70316-HDH-13

AKA1: JOSEPH DEAN NORSEWORTHY          AKA2:
DBA1:                                   DBA2:
SS#1: xxx-xx- 4545                      SS#2: xxx-xx- 4272

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date:  9/26/2013   Orig. Time:  3:00 PM       Reset Date:          Reset Time:
   B. Meeting Results:   Adjourned
   C. Debtor(s):   Debtor 1 Appeared         Debtor 2 Appeared
   D. Attorney for Debtor(s):   Appeared
   E. Creditor Appearance:   none
   F. Amount Paid to the Trustee as of   9/26/2013    $0.00    First Payment Due Date:   9/28/2013
   G. File Trustee's Motion to Dismiss because
   H. B22C Information:   B22C Form is:   Complete
      Budgeted Income:   $3,168.00    Expense:   $2,787.00    Surplus:   $381.00
      Plan Payment:   $381.00  Monthly                          Plan Term(Months):   60
   I. Value of Non-Exempt Property:   $0.00  Proposed Amount to Unsecured Creditors:   $0.00
      Objection to Exemption of:
      ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:   05-70383, 07-70101
      ___ Object to Invoke Stay Pleading
      ___ Case Converted from Chapter 7, Bar Date Set:   12/26/2013   Date Converted from Chapter 7:
   J. Required Information:   need valid ID for de1, de1 Feb-March paystubs
   K. Business Information:
   L. Object to Confirmation:   Yes

      Plan fails to treat $13,220.85 secured claim filed by First National Bank
      Foreclosed 2007 or 2008
      Feasibility:  need base increase of $3,082 for a total base of $25,942 before treating FNB claim

   M. Financial Management Class:   Debtor 1 Appeared     Debtor 2 Appeared
   N. Eligibility:
      Certificate of Credit Counseling Filed:   Both Debtor 1 and Debtor 2
      Credit Counseling Provider Approved:                                   Yes
      Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):         No
   O. Domestic Support Obligation:   $0.00   Current:           Arrears:   $0.00
      Affidavit and Disclosure of Domestic Support Obligations Received:   Yes
   P. Remarks:   Mr. Norseworthy's DL is expired-does he have a valid ID?
                Nothing at this time.
                Are they still gambling?
                No
                1st pmt of $381 is due 9/28/13, no ww
                confirmation hearing 10/16/13

   Dated:   9/26/2013                                    /s/ Walter O'Cheskey
                                                         Standing Bankruptcy Trustee
                                                         By:      Brent Hagan