Walter O'Cheskey
Standing Chapter 13 Trustee
6308 Iola Avenue
Lubbock, TX 79424
(806)748-1980 Office
(806)748-1956

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NOTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

IN RE:
JOE DEAN NORSEWORTHY
ELVIRA MALDONADO NORSEWORTH
DEBTOR(S)

CASE NO. 13-70316 - HDH -13

Hearing Date: 10/16/2013
Hearing Time: 10:00 AM

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW WALTER O'CHESKEY, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 8/29/2013.

2. Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges a base amount of at least $25,942.00 is needed to pay all administrative, priority, and secured claims.

4. Trustee objects to confirmation in accordance with 11 U.S.C. 1325 (a)(6) as the plan will not pay as proposed.

WHEREFORE, the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date: 10/8/2013

Respectfully submitted,
/s/ Walter O'Cheskey
6308 Iola Avenue
Lubbock, TX 79424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| | |
|---|---|
| Debtor(s) Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLAC<br>WICHITA FALL TX   76301-0000 | Debtor(s)<br>JOE DEAN NORSEWORTHY<br>ELVIRA MALDONADO NORSEW<br>4112 MOFFETT<br><br>WICHITA FALL  TX   76308 |

Date:  10/8/2013

/s/ Walter O'Cheskey
Office of the Standing Trustee


JOE DEAN NORSEWORTHY

ELVIRA MALDONADO NORSEWORTHY

4112 MOFFETT

WICHITA FALLS     TX   76308