Monte J. White & Associates
Monte J. White, State Bar No. 00785232
1106 Brook Avenue, Hamilton Place
Wichita Falls, Texas 76301
(940) 723-0099
(940) 723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 13-70316-HDH-13 |
| Joe Dean Norseworthy § | |
| and § | |
| Elvira Maldonado Norseworthy, § | |
| § | |
| Debtors § | |

NOTICE OF DEBTORS' ADDRESS CHANGE

COME NOW Joe Dean Norseworthy, and wife, Elvira Maldonado Norseworthy, Debtors, and file this Notice of Address Change.  Attorney for Debtors hereby notifies that proper address for service on Debtors is:

2126 Ave F
Wichita Falls, TX 76309

Dated: December 3, 2013

Respectfully Submitted,

/s/ Monte J. White
Attorney for Debtors