IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

JOE DEAN NORSEWORTHY                                         CASE NO. 13-70316-HDH-13
ELVIRA MALDONADO NORSEWORTHY
DEBTOR(S)

## CHAPTER 13 TRUSTEE'S FRBP 2012 REPORT
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

Walter O'Cheskey,  formerChapter 13 Trustee for the period ending MAY 31, 2014, and Robert Wilson, successor Chapter 13 Trustee, for the above captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. 1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

| | | |
|---|---:|---:|
| Total Receipts | | $3,051.00 |
| Administrative Disbursements | $322.82 | |
| Attorney Fee Disbursements | $1,260.68 | |
| Debtor Refund Disbursements | $0.00 | |
| Priority Disbursements | $0.00 | |
| Secured Disbursements | $1,462.50 | |
| Unsecured Disbursements | $0.00 | |
| Total Disbursements by Trustee | | $3,046.00 |

Balance Transferred to Successor Trustee:                                            $5.00

Detail information provided upon request.

Dated:        6/1/2014

/s/  Walter O'Cheskey                                          /s/  Robert Wilson

Chapter 13 Former Bankruptcy Trustee          Chapter 13 Successor Bankruptcy Trustee
6308 Iola, Ste. 100                                          6308 Iola, Ste. 100
Lubbock, TX 79424                                          Lubbock, TX 79424